DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**E2L REAL ESTATE SOLUTIONS, LLC,**
Appellant,

v.

**CITY OF BOYNTON BEACH,** a Florida Municipal Corporation; **JKM DEVELOPERS, LLC,** a Florida Limited Liability Company; **JKM BTS CAPITAL, LLC,** a Florida Limited Liability Company; **JKM BTS CENTRAL, LLC,** a Florida Limited Liability Company; **JKM BTS SOUTH, LLC,** a Florida Limited Liability Company; and **JKM BTS NORTH, LLC,** a Florida Limited Liability Company,
Appellees.

No. 4D2025-0505

[March 5, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 50-2022-CA-006010-XXXX-MB.

Robin F. Hazel of Hazel Law, P.A., Hollywood, and Thomas C. Allison of Thomas C. Allison, P.A., Orlando, for appellant.

Kathryn B. Rossmell and Amy Taylor Petrick of Lewis, Longman and Walker, P.A., West Palm Beach, for appellee City of Boynton Beach.

Ronald M. Gache and Scott A. Simon of Logs Legal Group LLP, Boca Raton, for appellees JKM, et al.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***